UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSELITO P. QUIJANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARKVIEW HEALTHCARE CENTER,<br><br>　　　　Defendant. | Case No. 12-cv-05349 NC<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff Joselito Quijano failed to appear at the case management conference on January 16, 2013. Counsel for defendant Mariner Health Central informed the Court that she has been unable to reach Quijano and that he has not made any disclosures under Federal Rule of Civil Procedure 26. The Court ORDERS Quijano to SHOW CAUSE by January 30, 2013 why he did not attend today's case management conference and why he has failed to make his initial disclosures under Rule 26. A show cause hearing is set for February 6, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The Court will dismiss the case for failure to prosecute, and may impose other sanctions, if Quijano does not comply with this order.

//

Case No. 12-cv-05349 NC
ORDER TO SHOW CAUSE

1  For additional guidance, Quijano may refer to the Court's Pro Se Handbook,
2  available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or
3  contact the Legal Help Center, which provides information and limited-scope legal advice
4  to pro se litigants in civil cases. The Legal Help Center requires an appointment, which
5  can be made by calling (415) 782-9000 x8657.

6  IT IS SO ORDERED.

7  Date: January 16, 2013

   _____
   Nathanael M. Cousins
8  United States Magistrate Judge