# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSELITO P. QUIJANO,<br><br>    Plaintiff,<br><br>  v.<br><br>PARKVIEW HEALTHCARE CENTER,<br><br>    Defendant. | Case No. 12-cv-05349 NC<br><br>**ORDER TERMINATING SHOW CAUSE HEARING** |

Plaintiff Joselito Quijano timely responded to this Court's order to show cause. Dkt. No. 17. Accordingly, the show cause hearing currently set for February 6, 2013 is terminated. If Mr. Quijano has any objections to the case management scheduling order set on January 16, 2013 (Dkt. No. 14), he must object in writing within fourteen days of the date of this order.

IT IS SO ORDERED.

Date: February 1, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge