1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

JOSELITO P. QUIJANO,

          Plaintiff,

     v.

PARKVIEW HEALTH CENTER,

          Defendant.

Case No. 3:12-cv-05349 NC

**ORDER OF CONDITIONAL DISMISSAL**

Re: Dkt. No. 27

     The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

     IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

     IT IS SO ORDERED.

     Date: July 17, 2013

                         Nathanael M. Cousins
                         United States Magistrate Judge