1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
10          **SAN FRANCISCO DIVISION**
11
12   JOSELITO P. QUIJANO,                    Case No. 3:12-cv-05349 NC

                  Plaintiff,               **ORDER OF CONDITIONAL**
13                                          **DISMISSAL**

14          v.                              Re: Dkt. No. 27

15   PARKVIEW HEALTH CENTER,

16                  Defendant.

17          The Court having been notified of the settlement of this action, and it appearing that

18   no issue remains for the Court's determination,

19          IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

20   DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

21   move to reopen the case and the trial will be rescheduled, provided that such motion is filed

22   within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are

23   VACATED.

24

25          IT IS SO ORDERED.

26          Date: July 17, 2013

27                                          _____
                                            Nathanael M. Cousins
                                            United States Magistrate Judge
28

Case No. 12-cv-05349 NC
ORDER OF CONDITIONAL
DISMISSAL